

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

§

KAIRI SHOREA JERRIGAN,                §              No. 08-18-00086-CR

                    Appellant,         §                 Appeal from the

v.                                     §              143rd District Court

THE STATE OF TEXAS,                    §              of Ward County, Texas

                    State.             §              (TC# 17-06-05848-CRW)

§

### **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **February 21, 2019.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Robert V. Garcia, Jr., the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 21, 2019.

IT IS SO ORDERED this 24th day of January, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.